IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEXINGTON LASERCOMB I.P.A.G., a )
Switzerland company, and LEXINGTON )
INTERNATIONAL, L.L.C. )

      Plaintiffs,

v.

ATLANTIC HORIZON
INTERNATIONAL, INC., a New York
Corporation, VERSEO, INC., a New York
Corporation, ROBERT R. FERREIRA,
individually, and ALICIA FERREIRA,
individually,

      Defendants.

CIVIL ACTION NO.

## 05-80740
## CIV-MIDDLEBROOKS

COMPLAINT
(Jury Trial Demanded)

MAGISTRATE JUDGE
JOHNSON

Plaintiffs Lexington LaserComb I.P.A.G. ("Lexington Laser Comb") and Lexington

International, L.L.C. ("Lexington International") (collectively, "Plaintiffs"), by their attorneys, as

and for their Complaint herein against Defendants Atlantic Horizon International, Inc. ("Atlantic

Horizon"), Verseo, Inc. ("Verseo"), Robert R. Ferreira ("R. Ferreira"), individually, and Alicia

Ferreira ("A. Ferreira"), individually, hereby state and allege the following:

Introduction

This is an action by Plaintiffs for patent infringement, as well as preliminary and

permanent injunctive relief.

The Parties

1.    Lexington Laser Comb is a Swiss corporation with its principal place of business

in Switzerland.

2.    Lexington International is a Florida Limited Liability Corporation with its

principal place of business in Boca Raton, Florida, and is the only duly licensed party to

manufacture, distribute and sell a product which incorporates the technology of U.S. Patent No. 6,497,719B2 ("'719 Patent").

3.      Atlantic Horizon is a New York corporation with its principal place of business in Cold Spring, New York, and on information and belief, is doing and transacting business in the State of Florida, within the judicial district comprising the Southern District of Florida.

4.      Verseo is a New York corporation with its principal place of business in Cold Spring, New York, and on information and belief, is doing and transacting business in the State of Florida, within the judicial district comprising the Southern District of Florida.

5.      Upon information and belief, R. Ferreira, is a resident of Cold Springs, New York, and is a director, officer and/or Chief Executive Officer of Atlantic Horizon.  Upon information and belief, as director, officer and/or Chief Executive Officer, R. Ferreira acts as agent and controlling member of Atlantic Horizon and is the person responsible for the daily decisions of Atlantic Horizon.  Specifically, upon information and belief, R. Ferreira is the person directing Atlantic Horizon and its agents to manufacturer, distribute and/or offer for sale the product which is the subject of this lawsuit.

6.      Upon information and belief, A. Ferreira, is a resident of Cold Springs, New York, and is a director, officer and/or Chief Operating Officer of Verseo.  Upon information and belief, as director, officer and/or Chief Operating Officer, A. Ferreira acts as agent and controlling member of Verseo and is the person responsible for the daily decisions of Verseo. Specifically, upon information and belief, A. Ferreira is the person directing Verseo and its agents to manufacturer, distribute and/or offer for sale the product which is the subject of this lawsuit.

2

<u>Jurisdiction and Venue</u>

7.     This action arises under the Act of Congress relating to patents, Title 35, U.S.C. §271 and §§281-285.

8.     This Court has subject matter jurisdiction under provisions of Title 28 U.S.C. §1338(a).

9.     Venue is proper in this district under the provisions of Title 28 U.S.C. §§1391(b), (c) and (d), and §1400(b), as Defendants have engaged in acts of infringement within the jurisdiction of this Court, including this Judicial District, which acts are the subject of this Complaint.

<u>Factual Background</u>

10.     Lexington Laser Comb is the owner by assignment of U.S. Patent No. 6,497,719B2 ('719 Patent) which issued from the United States Patent and Trademark Office on December 24, 2004, entitled Apparatus and Method of Stimulating Hair Growth, incorporated herein by reference as if set forth at length herein.  Exhibit "A".

11.     Hair loss is a problem for a substantial percentage of the population.  Since hair loss may make a person appear older or be perceived as less attractive, numerous attempts have been made at restoring the appearance of a full head of hair.  These efforts include hair pieces, hair weaves, ingested pharmaceuticals and topical pharmaceuticals, both prescription and over-the-counter applications.  These efforts have not achieved desirable results at reasonable cost for most consumers.

12.     The '719 Patent represents a substantial improvement from the prior art.  By utilizing low power laser beams, many benefits are derived, to include but not limited to blood circulation being increased, resulting in stimulation of hair growth.  The device is relatively low

cost, hand-held, with means to push hair strands far apart so that the scope is able to receive direct application of the laser beam.

13.     The '719 technology is incorporated into the product known as the HairMax LaserComb which is marketed, distributed and sold by Lexington within the United States and throughout the world.  The success of the HairMax LaserComb has been substantial in response to it solving a long felt need.

14.     The HairMax LaserComb contains markings indicating it is patent protected.

15.     In mid May, 2005, Lexington discovered that Defendants, are manufacturing, distributing, offering for sale and/or selling a hand-held product for hair loss therapy, the Lasertron which infringes the '719 Patent.  Defendants do not have a license from Lexington to utilize the '719 Patent technology.

Count I

Patent Infringement

Plaintiffs Lexington hereby realleges and reavers the allegations set forth in Paragraphs 1 through 15, as if set forth at length herein and incorporate them by reference.

16.     On December 24, 2002, the '719 Patent entitled "Apparatus and Method for Stimulating Hair Growth" was duly and legally issued to Henry Pearl and David Sinofsky, and subsequently it was duly assigned to Lexington LaserComb I.P.A.G. as the sole owner of the '719 Patent.

17.     Upon information and belief, Defendants have directly, indirectly, or contributorily or by inducement, infringed the claims of the '719 Patent in this judicial district and elsewhere in the United States.  See Exhibit "B", Invoice of Sale and Shipping Statement into Florida and Product Information Sheet.

4

18.     The infringement by Defendants of the '719 Patent has injured Lexington and caused damage to Lexington.

19.     The Defendants are infringing upon the exclusive rights of the Plaintiffs by making, having made, distributing, selling or offering to sell products, see Exhibits "C" attached hereto, as claimed in the '719 Patent within this District, and upon information and belief, elsewhere as well, all without permission to do so from the Plaintiffs.

20.     Defendants will continue to infringe upon the '719 Patent to the irreparable damage of Plaintiffs unless enjoined by the Court.  Plaintiffs has no adequate remedy at law.

WHEREFORE, Plaintiffs, Lexington LaserComb I.P.A.G. and Lexington International, L.L.C., respectfully request this Court to enter judgment in favor of Plaintiffs and against Defendants, Atlantic Horizon International, Inc., Verseo, Inc., Robert R. Ferreira, individually, and Alicia Ferreira, individually, as follows:

1.     Find the United States Patent No. 6,497,719 valid and enforceable;

2.     Find that Defendants have infringed United States Patent No. 6,497,719;

3.     Find that Defendants and their respective agents, servants, officers, directors, employees, joint venturers, and all persons acting in concert with them, directly or indirectly, be preliminarily and permanently enjoined from infringing, inducing others to infringe, or contributing to the infringement of United States Patent No. 6,497,719;

4.     Find that the Defendants be ordered to account for and pay to Plaintiffs all damages Plaintiffs is entitled to pursuant to 35 U.S.C. §284, or other provisions of 35 U.S.C. §1, et seq., as a consequence of infringement, to include but not limited to all profits realized by Defendants as a result of their infringement;

5.      That the Defendants be ordered to collect and tender for destruction all infringing product under their control;

6.      That the conduct is willful, and Plaintiffs are entitled to a multiple of damages pursuant to 35 U.S.C. §284;

7.      That Plaintiffs be awarded prejudgment interest, costs, disbursements, and attorney's fees, in accordance with Title 35 U.S.C. §285;

8.      That Plaintiffs be awarded such other and further relief and damages as this Court deems just and equitable, including costs and attorney fees, under 35 U.S.C.§285.

<u>Jury Demand</u>

Plaintiffs hereby demands a jury trial on all counts within this Complaint to which it is entitled to a jury determination under the law.

Dated this _10_ day of August, 2005.

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By:_____

Robert E. Pershes, Esq.
Fla. Bar No. 301006
rpershes@bdblaw.com
Attorney for Plaintiffs
2500 North Military Trail, Suite 480
Boca Raton, FL 33431
Tel. (561) 241-0414
Fax: (561) 241-9766

«BOCA:95185_v1»

6



US006497719B2

(12) **United States Patent**
Pearl et al.

(10) Patent No.: **US 6,497,719 B2**
(45) Date of Patent: **Dec. 24, 2002**

(54) APPARATUS AND METHOD FOR STIMULATING HAIR GROWTH

(76) Inventors: Henry Pearl, ~~~~~~~~ Blvd, Boca Raton, FL (US) 33496; David Sinofsky, 17244 Hampton Blvd., Boca Raton, FL (US) 33496

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/882,724**

(22) Filed: **Jun. 15, 2001**

(65) Prior Publication Data
US 2002/0128496 A1 Sep. 12, 2002

Related U.S. Application Data
(60) Provisional application No. 60/273,701, filed on Mar. 6, 2001.

(51) Int. Cl.⁷ ............................................... A61N 5/067
(52) U.S. Cl. ........................................... 607/89; 607/88
(58) Field of Search ..................................... 607/88–89

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,397,757 A | 4/1946 | Schweidersky | |
| 4,653,498 A | 3/1987 | Nagaumi | |
| 5,103,073 A | 4/1992 | Danilov et al. | |
| 5,303,722 A * | 4/1994 | Godfrey et al. | 132/212 |
| 5,306,143 A | 4/1994 | Levy | |
| 5,569,368 A * | 10/1996 | Larsky et al. | 132/148 |
| 5,569,929 A | 10/1996 | Mizutani et al. | |
| 5,616,140 A | 4/1997 | Prescott | |
| 5,803,093 A * | 9/1998 | Romano | 132/114 |
| 5,814,078 A | 9/1998 | Zhou et al. | |

| | | | |
|---|---|---|---|
| 6,022,345 A | 2/2000 | Miller et al. | |
| 6,129,748 A | 10/2000 | Kamei | |
| 6,187,029 B1 | 2/2001 | Shapiro et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 3336939 A1 | 4/1985 |
| DE | 3511281 A1 | 4/1986 |
| EP | 0139278 A1 | 3/1985 |
| FR | 2518412 | 6/1983 |
| WO | WO 01/60457 | 8/2001 |

OTHER PUBLICATIONS

Website www.lasercomb.net for Hairmax LaserComb by Lexington International.*

* cited by examiner

Primary Examiner—Roy D. Gibson
Assistant Examiner—Henry M. Johnson
(74) Attorney, Agent, or Firm—John C. Smith

(57) **ABSTRACT**

A hand-held laser device that stimulates hair growth. The device provides distributed laser light to the scalp while simultaneously parting the user's hair to ensure that the laser light contacts the user's scalp. A unique beam splitting reflector splits a single laser beam to ensure that energy from the laser beam is evenly distributed. The reflector is mechanically aligned with the laser source and has a zigzag structure which mechanically deflects portions of the beam as it passes over the peaks of the reflector. The portions of the laser beam form a line of laser beams that project toward the user's scalp. Parallel rows of teeth are aligned with a central row of individual laser beams and part the user's hair to form furrows in the user's hair as the device is combed through the user's hair. The furrows create an unobstructed path for the laser beam to reach the scalp of the user.

20 Claims, 12 Drawing Sheets





EXHIBIT

A

Figure 1A



Figure 1B



Figure 1C



Figure 2A



Figure 2B



Case 9:05-cv-80740-DMM   Document 1   Entered on FLSD Docket 08/16/2005   Page 13 of 32

Figure 3



Figure 4A



## Figure 4B





Figure 4C

**U.S. Patent**      Dec. 24, 2002      Sheet 10 of 12      US 6,497,719 B2

Figure 5A



Figure 5B



Case 9:05-cv-80740-DMM   Document 1   Entered on FLSD Docket 08/16/2005   Page 19 of 32



Figure 6

US 6,497,719 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# APPARATUS AND METHOD FOR STIMULATING HAIR GROWTH

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to the commonly owned copending application entitled "Apparatus and Method for Stimulating Hair Growth," filed Mar. 6, 2001, bearing U.S. Ser. No. 60/273,701 and naming Henry Pearl and David Michael Sinofsky, the named inventors herein, as sole inventors, the contents of which is specifically incorporated by reference herein in its entirety. This application is further related to the commonly owned co-pending PCT application entitled "Improved Laser Comb Design/Function," filed Apr. 11, 2000, bearing PCT Application Ser. No. PCT/AU00/00302 and naming Henry Pearl, one of unnamed inventor's herein as sole inventor, the contents of which is specifically incorporated by reference herein in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention relates to a method and apparatus for treating alopecia, hair loss, and loss of hair color (greying). In particular, it relates to a method of treating the scalp or skin of an individual to increase blood flow and general health of the skin to promote the healthier growth of hair and restoration of hair color.

### 2. Background Art

The loss of hair has traditionally been a problem for a substantial percentage of the population. Whether the problem is alopecia (male pattern baldness) or thinning hair, the individuals affected will generally find this to be distressing and detrimental to their appearance. In addition, the loss of hair will often make individuals appear to be older than they are. For this reason, a variety of attempts have been made to improve an individual's appearance by restoring the appearance of a full head hair.

Early attempts to address this problem focused on the use of hair pieces (i.e. toupees or wigs). While these devices provided some degree of success, they have several drawbacks. In particular, they often have an unnatural appearance which allows them to be easily detected, even from a distance, by other individuals. In order to make one of these devices appear to be the natural hair of the wearer, they must be constructed in a fairly expensive manner using real human hair which is matched in color to the individual's remaining hair. Unfortunately, many individuals cannot afford a high quality hair piece such as this, and settle for a lower quality hair piece fabricated from synthetic fibers.

In addition, hair pieces have the additional drawback that they may be inconvenient to use in situations, such as swimming, where they may become damaged or loosened. In this situation, the individual may be embarrassed due to the failure of the device. It would be desirable to improve the appearance of an individual's hair without having to resort to hair pieces fastened to an individual's head which are expensive and occasionally prone to failure due to environmental circumstances.

Those skilled in the art will recognize that more complicated mechanical solutions such as "hair weaving" exist. These more complicated solutions typically have the same drawbacks and problems as those associated with hair pieces. In addition, they are often more expensive than conventional hair pieces.

Another attempt to address this problem has been to surgically replace missing hair with "hair plugs." This surgical solution overcomes the problems created by the use of hair pieces in that the replacement hair plugs use the real hair of the individual, which results in a perfect color match and a natural appearance. In addition, the individual has no restrictions, such as those discussed above in regard to swimming and other activities, which were discussed in regard to hair pieces. Unfortunately, this method of treating hair loss is expensive, and requires the use of medical professionals for the surgical hair transplant procedure. As a result, this procedure may not be available to a substantial portion of the public due to its high cost. It would be desirable to have a method of facilitating the growth of hair which was economically available to a substantial part of the entire public.

In addition to hair pieces and surgical transplants, pharmaceutical products have also been developed to encourage hair growth. These products can take the form of ingestible medications or topical skin treatments. The ingestible medications have been proven to encourage hair growth, but they have several significant drawbacks. In particular, they are typically prescription medications which require the cost and inconvenience of visiting a physician. In addition, the fact that they are prescription medications typically means that they will have a higher cost than non-prescription drugs. Perhaps more important than the issue of cost is the potential side effects of ingestible drugs. Quite often, the use of this type of ingestible medications may result in serious health side effects, such as damage to the individual's liver, or other internal organs, or present other serious side effects. It would be desirable to have a method of stimulating hair growth which did not carry the risks of side effects inherent in ingestible pharmaceutical medications.

Another type of pharmaceutical medication has been the use of topical skin treatments. This type of medication is often similar to prescription medications with the same cost disadvantage of ingestible medications. While some are now available as over the-counter preparations, they typically have a reduced strength and are less effective than are their prescription counterparts. In addition, they typically have to be applied every day to achieve and maintain their desired results. It would be desirable to have an effective low-cost method of stimulating hair growth which did not require potential visits to a physician, a continuous use of expensive medications, and daily treatments to ensure results.

Progressively, over the last 25 years, mainly in Europe and Asia, scientists have found that lasers can be used to stimulate hair growth. Devices have been developed having structures similar to a large floor mounted, or chair mounted, helmet. These devices contain multiple laser assemblies, and are designed to irradiate the individual's entire scalp and hair with laser energy. It is been found that there are several disadvantages associated with this approach. In particular, these are typically very large and expensive commercial devices which are found in beauty salons and spas. In order to take advantage of them, an individual will go to the establishment for the devices located and pay for treatments on a per treatment basis. Over time, this represents a fairly expensive proposition for the individual, and typically requires a trained operator to be present and to conduct the treatment.

In addition, the helmet-like structure of this device creates an additional disadvantage. Since the device covers the head of the individual, a substantial portion of the laser energy which is intended for application to the individual's scalp is blocked by the hair of the individual, thinning though it may be, which effectively forms a canopy over the individual's scalp. It would be desirable to have an inexpensive method

US 6,497,719 B2

3

of applying laser treatments which does not require an individual to go to a specific location where large laser devices are used, which does not require the individual to pay ... ... laser treatment, & taken and which maximizes the amount of laser energy applied to ... ... while minimizing the amount of laser energy which is blocked by the individual's hair. Likewise, it would be desirable to have a laser treatment device which has a relatively small number of lasers, and which could apply laser energy to the individual's scalp without interference by the individual's hair.

Another problem associated with hair is the loss of hair color (i.e. greying) which has the effect of making an individual appear to be older. Individuals often attempt to treat this problem by dying their hair. Unfortunately, this method of treatment has several disadvantages. For example, as was the case with hair pieces, discussed above, it can be difficult to produce the proper hair color which may make it obvious that the hair was dyed. In addition, the dyed hair tends to fade over time which results in re-appearance of the grey hair and a persistent change in color. Individuals who dye their hair typically have to re-dye their hair periodically. Of course, this represents an ongoing expense and inconvenience to the individual. Further, unless the dying process is performed by a trained individual, the results may be undesirable and unattractive. This further increases the cost of hair dying due to the need to hire a trained professional to perform the process. It would be desirable to have a method of treating loss of hair color without leaving an ongoing expense for dyes, or an ongoing expense for trained professionals to apply the dyes, and an ongoing inconvenience.

While providing several methods of treating alopecia, hair loss, and greying, the prior art has failed to provide an apparatus which is inexpensive to manufacture, has a minimum number of components, minimizes the amount of laser energy blocked by an individual's hair, and can be used without leaving the individual's home or using costly commercial equipment and trained personnel.

## SUMMARY OF THE INVENTION

The present invention is a hand-held laser device for stimulating human hair growth. The device is used by the individual and does not require trained personnel to provide a treatment. The device provides laser light to the scalp while simultaneously parting the user's hair to ensure that the laser light contacts the user's scalp. A unique, stepped, beam splitting reflector splits a single laser beam to allow an individual laser to simultaneously provide multiple laser beams which are distributed across a segment of an individual's scalp. The reflector is mechanically aligned with the laser source and has a zigzag structure which mechanically deflects portions of the beam as it passes over the peaks of the reflector. The portions of the laser beam form a line of laser beams that project toward the user's scalp. Parallel rows of teeth are aligned with a central row of individual laser beams and part the user's hair to form furrows in the user's hair as the device is combed through the user's hair. The furrows create an unobstructed path for the laser beam to reach the scalp of the user. Identical rows of teeth are placed on either side of the line of laser beams to allow the device to be combed through the user's hair in either direction.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a side cutaway view of a preferred embodiment of the invention which illustrate a row of furrow forming

4

teeth extending outward from the device, the laser beam generator, and a zigzag beam splitting reflector.

FIG. 1B is an end view of a preferred embodiment of the device which shows opposing furrow forming teeth extending outward from either side of the device.

FIG. 1C is a bottom ... ... preferred embodiment of the device which illustrates the two opposing rows of furrow forming teeth and the zigzag beam splitting reflector aligned with the opposing rows of furrow forming teeth.

FIG. 2A is a bottom view of a preferred embodiment of the device which illustrates the zigzag beam splitting reflector attached to the laser beam generator.

FIG. 2B is a side cutaway view of a preferred embodiment of the device in which the single laser beam is shown being split into several portions which are deflected as a parallel line of laser beams.

FIG. 3 is a side view of a preferred embodiment of the laser assembling which includes the laser module and the zig-zag beam splitting reflector.

FIG. 4A is a side perspective view of a preferred embodiment of the zigzag beam splitting reflector.

FIG. 4B is a bottom view of a preferred embodiment of the zigzag beam splitting reflector.

FIG. 4C is an illustration of a preferred embodiment of the arrangement of teeth on the zigzag beam splitting reflector.

FIG. 5A is a top perspective view of a preferred embodiment of the device which illustrates the control switches on the top of the device and the furrow forming teeth extending from the bottom of the device.

FIG. 5B is an exploded perspective view of a preferred embodiment of the device which illustrates its internal components.

FIG. 6 is an illustration of a preferred embodiment of the device in which an individual's hair is being furrowed to maximize the amount of laser energy applied to the individual's scalp.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Prior to a detailed discussion of the figures, a general overview of the system will be presented. For ease of discussion, the term "scalp" will be used to describe the conventional definition which describes the hair covered portion of skin on the user's head, and in addition, any skin surface where hair is desired to be grown (e.g. the beard, etc).

It has been found that low-power lasers may be used in a variety of therapeutic applications. For example, low-power lasers are used widely for a variety of cosmetic applications such as skin care, scar reduction, wound healing and the like. In addition, it has also been found that the application of low-power laser light to an individual's scalp will assist the hair's natural ongoing replacement process and improve the scalp's condition.

One of several factors associated with the use of lasers to stimulate hair growth is that laser treatments tend to increase scalp blood circulation. In fact, studies have shown that the application of laser energy to the scalp of a user can increase scalp blood circulation by more than fifty percent without significant changes in scalp temperature. This results in the skin receiving a more abundant supply of nutrients, and in turn, the structures in the skin, such as hair follicles, also receive a more abundant supply of nutrients and necessary materials from the body.

US 6,497,719 B2

5

6

Microscopic studies have shown laser energy increases circulation and oxygenation of the blood to the scalp and hair bulb, as well as … cell replacement or regenerative activity. These factors help hair to improve in … shine, body and elasticity. Problems such as over-oily or dry scalp, dandruff and itchiness can also be reduced. Research on the use of cold beam lasers indicates that application of a cold beam laser to an individual's scalp will normalize metabolism of tissues, improve trophism (blood cell nutrition), and assure a regular sebaceous secretion. Measurements taken from scalps treated by cold laser indicate that hair bulbs are strengthened, hair growth can be measurably ascertained, and hair color will darken.

The increase in blood flow helps as follows: in the human scalp, the follicles in which the hair is attached to the Papilla. The Papilla provides a path for nutrients in the blood to reach the cells in the hair. The laser treatment described herein improves both the condition of the Papilla itself, as well as the blood flow reaching the Papilla. The unique structure of the handheld device presented herein provides an unobstructed laser path to the Papilla which results in the scalp being bathed in laser light.

Another factor associated with the use of lasers is "energization." Energization can be explained as follows: Light is energy. The use of a laser light on scalp and hair follicles provides high levels of light which are used by a the cells in the scalp and hair to assist in the normal chemical processes performed by those cells. The scientifically agreed-upon term for this is photobiostimulation. The most common example of light converting into chemical energy is photosynthesis, where plants are fed via light converted into chemical energy. In a similar way, laser penetrates into soft tissue and increases the action of adenosine triphosphate (ATP), a molecule that is a major carrier of energy from one reaction site to another in all living cells. By doing so, laser light increases the energy available to cells so they take in nutrients faster and get rid of waste products. Because of this benefit, scientists and physicians have been using low level laser over the past 30 years to accelerate wound healing and regenerate tissue.

Yet another factor associated with the use of laser light is known as "vibration." Soft tissue and fluids in our bodies actually vibrate. The vibration occurs within a frequency range similar to that of cold-beam, red-light laser. In fact, one scientific theory holds that cells are largely dependant for healthy function on an exchange of energy and information with surrounding cells. This is achieved via individual wave systems by which cells communicate through inter-connective plasma by vibration. A cell is in an unhealthy state when its vibrations become irregular or out-of-step with this common communications system. However, it can be brought back into vibratory "harmony" by being irradiated with low level laser working at quantum level.

While the benefits of low-power laser treatments are known, attempts to take advantage of laser technology for the purpose of stimulating hair growth has produced limited results. In particular, when there is existing hair growth on the scalp being treated, as would be the case for individuals with thinning hair who are balding or experiencing thinning. As a result of the pre-existing hair blocking the path of the laser beam when it is aimed at the scalp, the effectiveness of the laser treatment is substantially reduced.

Another problem related to prior art laser treatment devices is that they tend to be large devices which are heavy

and immobile. As a result, they would usually be found in a salon or clinic where the user would be charged each time the user obtained a treatment. Further, since these devices typically have fixed locations, they would not be available to the user when traveling, and they would be inconvenient to access even when the … …

Prior art attempts to provide handheld devices have resulted in many undesirable drawbacks. For example, these devices tend to be large, bulky and complex due to the use of multiple laser modules and/or fiber optics which each produce a laser beam directed at a user's scalp. These devices also are difficult to manufacture due to the need to align the multiple lasers, or, in the case where fiber optics are used, to convey the laser energy into each fiber-optic by way of a complex lens system.

The invention provided herein solves all of the foregoing problems. The invention is a handheld, comb-like device which emits a row of laser beams which are produced by a single laser beam generator and then split into multiple laser beams by a zig-zag shaped reflector. Each laser beam in the row of laser beams has a pair of teeth which are positioned in regard to the laser beam such that as the handheld device is pulled through the individual's hair, one tooth parts the hair in front of the laser beam and the second tooth follows the laser beam holding the hair apart. By moving the hair in this manner, the two rows of teeth function to form furrows in the hair, thereby exposing the scalp of the user to the laser beam. This eliminates interference with the laser beam by the individual's hair and provides more laser energy directly to the scalp of the individual.

First, it overcomes the problem caused by pre-existing hair interfering with the laser beams by placing the laser beam generator between two rows of teeth which create "parts" in the user's hair which are aligned with individual laser beams generated by the device. As a result of this aligned parting of the user's hair, the pre-existing hair is moved out of the way of the laser beam and the user's scalp receives the full benefit of the laser treatment.

The ability to provide multiple beams from a single laser source is provided by a unique "zig-zag" lens which splits a single laser beam generated from a single laser device into multiple parallel beams. Each beam having a power level substantially similar to adjacent beams due to their generation by a single laser source. Likewise, the use of the zigzag lens has a beam reflector eliminating alignment problems which would be inherent in systems using multiple lasers.

In this invention, the preferred means by which the laser energy reaches the scalp is by way of a row of laser beams being preceded by a row of teeth that part the hair to expose the skin in advance of the row of laser beams. The row of teeth are aligned with the laser beams such that each tooth proceeds in advance of its respective beam to part the hair in front of the beam (i.e. forming a furrow) thereby ensuring that the beam is directed to the scalp and not blocked by the user's hair. In addition, the laser beams are followed by a second row of teeth which are also aligned with the row of laser beams. This second row of teeth allows the comb to be used in either direction for the convenience of the user. The second row of teeth also provides the benefit of keeping the hair parted for a slightly longer period of time to ensure that the hair does not fall back in place too quickly after the first row of teeth passes through the hair.

A more detailed discussion of the figures now follows.

FIG. 1A is a side cutaway view of a preferred embodiment of the invention that illustrates the arrangement of components in the device. The components of the device are held

7  8

together and supported by a lower housing 1 and an upper
housing 2. Two rows of teeth 3 (only one is shown in this
figure) extends down from a lower housing 1. During use,
_____ 3 ___ comment through the user's hair in the same
manner as an ordinary comb would _____ ____ shown in
this figure are a laser module 8, a switch 9, a coupling
assembly 5, and a laser beam splitter/reflector 6.

This unit is designed to be a self-contained, handheld,
device which applies a low-level laser beam directly to the
scalp of a user without having the hair of the user interfere
with the laser beam. In use, the user brushes the teeth 3
through the user's hair in the same manner as the user would
use a hair brush. The laser beam is aligned with each of the
teeth 3 in the device such that the laser beam follows the
"furrow" created by the teeth 3 as they move through the
user's hair. By parting the hair in front of the laser beam in
this manner, the laser beam is able to reach the bottom of the
furrow (i.e. the scalp) without interference from the hair.
This is a substantial improvement over prior art techniques
which used helmet-like structures to direct laser energy
directly to the user's head without taking into consideration
the fact that most of the laser beam energy would be
prevented from reaching the user's scalp by the user's hair.

FIG. 1B shows an end view of the device of FIG. 1A
which illustrates that there are two parallel rows of teeth 3
projecting downward from the bottom housing 1. The laser
beams project outward from the device between the two
rows of teeth 3. Further, they are aligned with the teeth 3
such that the laser beam is projected into the furrow when
the handheld device is moved in either direction across the
user's scalp.

FIG. 1C illustrates a bottom transparent view of the
preferred embodiment of FIGS. 1A–B. In this view, the
position and alignment of the laser reflector 6 is shown. The
laser reflector 6 is placed between the two rows of teeth 3
such that, whether the it handheld device is moved forward
or backward across the scalp, there is always a tooth 3
available in front of each laser beam to ensure that a furrow
is created for each laser beam to reach the scalp. This results
in a more effective application of laser energy to the scalp
than was heretofore possible in prior art devices.

In addition to being more effective than prior art devices
in terms of the actual application of laser energy to the scalp,
the embodiment disclosed herein is also superior to prior art
devices in that it is extremely lightweight and portable. It
can be manufactured such that it is plugged into a wall
socket for electrical energy, or alternatively, it can be battery
operated to further add to the user's convenience. In
addition, the embodiment 6 allows a single laser to be used rather
than the multiple lasers used by prior art devices.

In FIG. 2A, a bottom transparent view of a preferred
embodiment of the handheld device is illustrated. For ease
of discussion, several items have been eliminated from this
figure which is intended to show the relative position of the
reflector 6 in relation to a window 10. The window 10
provides a transparent cover for the reflector 6. This allows
the reflector 6 to be sealed within the handheld device to
protect it from contamination such as dust, water vapor,
water, etc.

FIG. 2B is a cutaway side view of a preferred embodiment
of the invention which shows the path of the laser beam
across the zigzag edge of the reflector 6. As the laser beam
strikes the various steps of the zigzag edge of the reflector
6, portions of the laser beam are distributed as several
reflected beam parts which are reflected downward and out
through the window 10 toward the furrows formed in the

user's hair by the teeth 3. The zigzag reflector 6 provides a
substantial advantage to the user in that, since a single laser
beam is used, each reflected beam part will have substan-
tially the same amount of energy. This avoids the situation
which could happen if multiple lasers were used to generate
individual _____ _____ a multiple laser system could
result in hot spots created by any substantial discrepancies in
the output power produced by individual lasers.

FIG. 3 illustrates the use of a coupling device 5 to align
the laser 8 with the reflector 6. This type of mechanical
alignment system substantially enhances the ease of manu-
facture and allows parts to be interchangeable. Further, it
eliminates the substantial alignment problems which would
occur in a multiple laser system that require each laser to be
individually adjusted during manufacture.

FIG. 4A provides more detail concerning the structure of
the reflector 6 which is used in the preferred embodiment. To
ensure that the maximum amount of energy is deflected in
the proper manner, the face 11 on the reflector 6 which is
struck by the laser must have a high polish and reflectivity.
While the peaks and valleys on the inside of the reflector 6
can be rounded, the peaks and valleys on the outside of the
reflector 6 must be sharp to avoid defusing the laser beams.

In FIG. 4B, a bottom view of the reflector 6 is shown
which illustrates the path of the laser beam when it is
projected from the laser. The laser beam is directed across
the central portion of the reflector 6 to ensure that laser
energy is not wasted by projecting some of it past the edge
of the reflector 6.

FIG. 4C provides more detailed information regarding the
structure of the reflector 6. As can be seen in this figure, the
zigzag structure of the reflector 6 places steps 13 which are
more distant from the laser source at progressively lower
elevations such that as the laser beam is projected outward
from the laser's lateral path, each step intercepts and deflects
a portion of the laser beam. By aligning specific amounts of
area to each deflected beam, a uniform distribution of power
can be achieved by splitting the single laser beam.

FIG. 5A is a perspective view of a preferred embodiment
of the handheld device. In this view, the teeth 3 are shown
projecting downward from lower housing 1, and control
switches 9 are shown located on the upper housing 2.

FIG. 5B is an exploded view of the embodiment of FIG.
5A. In this embodiment, the various components of the
system can be seen aligned with one another. The laser 8 is
shown attached to a printed circuit board 7 which contains
the control circuitry. The printed circuit board 7 is used to
align the laser 8 with the coupling 5 that attaches to the
reflector 6. By properly fabricating the various components
of this device, individual alignment of each unit is unnec-
essary. As a result, manufacturing costs are substantially
reduced. Also shown in this figure are lower housing 1,
upper housing 2, teeth 3, switch caps 9, window 4, and
associated hardware such as screw 10.

FIG. 6 illustrates how the teeth 3 were used to produce
furrows 14 in the individual's hair 16. This figure has a side
view illustrating the teeth 3 being pulled through the user's
hair 16 while in close proximity to the user's scalp 15. As
can be seen, the movement of the teeth 3 through the hair 16
pushes the hair 16 aside to form furrows 14. As the hair
forms furrows 14, the scalp 15 between the teeth 3 is
exposed. Since the laser beam is aligned between the two
opposing teeth for each furrow 14, the laser beam is directed
to the surface of the scalp 15 which has been exposed by the
furrow 14. The advantage provided by furrowing the hair 16
is that a high percentage of the laser energy is effectively

US 6,497,719 B2

9

applied to the scalp 15, and the hair 16 is prevented from interfering with the application of laser energy to the scalp 15.

While the invention has been described with respect to a preferred embodiment thereof, it will be understood by skilled in the art that various changes in detail may be made therein without departing from the spirit, scope, and teaching of the invention. For example, the material used to construct the device may be anything suitable, the size and shape of the device can vary, the type of laser can vary, etc. Accordingly, the invention herein disclosed is to be limited only as specified in the following claims.

We claim:

1. A handheld laser hair treatment device, comprising:
   a laser assembly, further comprising:
      a laser beam generator;
      a power supply for supplying power to the laser beam generator; and
      means to direct at least one laser beam outward from the laser assembly; and
   means to expose the scalp of an individual when the laser treatment device is moved over the individual's scalp such that the laser beam is not obstructed from coming in contact with the scalp by the individual's hair;
   whereby the scalp of the individual is exposed during application of energy from the laser beam to the scalp.

2. A device, as in claim 1, wherein:
   the laser beam assembly produces a plurality of laser beams, each laser beam spaced apart from one another;
   the means to expose the scalp further comprises a first plurality of teeth, each tooth associated with a laser beam and positioned such that when the device is moved across an individual's scalp, each tooth creates a furrow in the hair in front of the laser beam and the laser beam is substantially unobstructed by the individual's hair;
   whereby the amount of laser energy reaching the individual's scalp is maximized by the creation of furrows in the individual's hair.

3. A device, as in claim 2, further comprising:
   a second plurality of teeth, each tooth in the second plurality of teeth associated with a tooth in the first plurality of teeth such that they form a related pair of teeth which are associated with a laser beam; and
   each related pair of teeth are positioned such that the first tooth is positioned ahead of its related laser beam and the second tooth is positioned behind its related laser beam, such that when the device is moved across an individual's scalp, the first tooth creates a furrow for the laser beam and the second tooth holds the furrow open while the laser is moving across the individual's scalp;
   whereby the related pairs of teeth hold the furrow open for an extended period of time while the laser beam is being directed to the scalp.

4. A device, as in claim 3, wherein:
   the laser generator produces a single laser beam; and
   a beam splitter is used to split the single laser beam into a plurality of separate laser beams;
   whereby the device produces multiple laser beams from a single laser beam generator.

5. A device, as in claim 4, wherein:
   the beam splitter is a beam reflector having a zigzag edge having a plurality of teeth, each reflector tooth in the zigzag edge reflecting a portion of the laser beam;

10

   whereby the portions of the laser beam created by the reflector teeth each form an independent laser beam.

6. A device, as in claim 1, wherein:
   the laser generator produces a single laser beam; and
   a beam splitter is used to split the single laser beam into a plurality of separate laser beams;
   whereby the device produces multiple laser beams from a single laser beam generator.

7. A device, as in claim 6, wherein:
   the beam splitter is a beam reflector having a zigzag edge having a plurality of teeth, each reflector tooth in the zigzag edge reflecting a portion of the laser beam;
   whereby the portions of the laser beam created by the reflector teeth each form an independent laser beam.

8. A handheld laser hair treatment device, comprising:
   a laser assembly, further comprising:
      a laser beam generator which generates a laser beam;
      a power supply for supplying power to the laser beam generator; and
      a beam splitter for splitting the laser beam into multiple substantially parallel laser beams and to direct the laser beams outward from the laser assembly;
   whereby the scalp of the individual is exposed during application of energy from the laser beam to the scalp.

9. A device, as in claim 8, wherein:
   the beam splitter is a beam reflector having a zigzag edge with a plurality of reflector teeth, each reflector tooth in the zigzag edge reflecting a portion of the laser beam;
   whereby the portions of the laser beam created by the reflector teeth each form an independent laser beam.

10. A device, as in claim 9, further comprising:
   a first plurality of furrow teeth, each furrow tooth associated with a laser beam and positioned such that when the device is moved across an individual's scalp, each furrow tooth creates a furrow in the hair in front of the laser beam and the laser beam is substantially unobstructed by the individual's hair;
   whereby the amount of laser energy reaching the individual's scalp is maximized by the creation of furrows in the individual's hair.

11. A device, as in claim 10, further comprising:
   a second plurality of furrow teeth, each furrow tooth in the second plurality of furrow teeth associated with a tooth in the first plurality of furrow teeth such that they form a related pair of furrow teeth which are associated with a laser beam; and
   each related pair of furrow teeth are positioned such that the first tooth is positioned ahead of its related laser beam and the second tooth is positioned behind its related laser beam, such that when the device is moved across an individual's scalp, the first furrow tooth creates a furrow in the individual's hair for the laser beam and the second furrow tooth holds the furrow open while the laser is moving across the individual's scalp;
   whereby the related pairs of furrow teeth hold the furrow open for an extended period of time while the laser beam is being directed to the individual's scalp.

12. A method of applying laser energy to an individual scalp, including the steps of:
   applying laser energy to the scalp of an individual by moving a handheld laser generator across the individual's scalp; and
   maximizing the amount of laser energy applied to the scalp of the individual by deflecting hair away from the

US 6,497,719 B2

11

scalp of an individual such that the laser energy is not obstructed from coming in contact with the scalp by the individual's hair;

whereby the scalp of the individual is substantially unobstructed by hair during application of energy from the laser energy to the scalp.

13. A method, as in claim 12, including the additional step of:

deflecting the hair away from the path of the laser energy by creating a furrow in the individual's hair prior to passing the laser energy over the portion of the scalp in which the furrow was created.

14. A method, as in claim 13, including the additional step of:

using a plurality of furrow teeth which are associated with the laser energy, and positioned forward of the path of the laser energy, to create furrows by parting the individual's hair prior to passing the laser energy over the individual's scalp.

15. A method, as in claim 14, including the additional step of:

extending the time in which the furrows remain open by using pairs of associated furrow teeth located in the path of the laser energy and positioned in front of and to the rear of the laser energy.

16. A method, as in claim 15, including the additional step of:

extending the surface area covered by the laser energy by splitting a single laser beam into multiple, substantially parallel, laser beams with a beam splitter;

whereby a large total surface area of scalp can be irradiated by a single laser beam.

12

17. A method, as in claim 16, including the additional step of:

splitting the single laser beam with a multi-toothed beam refractor having a zigzag edge with a plurality of reflector teeth, and reflecting a portion of the single laser beam with each reflector tooth;

whereby the portions of the single laser beam created by the reflector teeth each form an independent laser beam.

18. A method, as in claim 13, including the additional step of:

extending the surface area covered by a single laser beam by splitting the laser beam into multiple, substantially parallel, laser beams with a beam splitter;

whereby a large total surface area of scalp can be irradiated by a single laser beam.

19. A method, as in claim 18, including the additional step of:

splitting the laser beam with a multi-toothed beam refractor having a zigzag edge with a plurality of reflector teeth, and reflecting a portion of the single laser beam with each reflector tooth;

whereby the portions of the single laser beam created by the reflector teeth each form an independent laser beam.

20. A method, as in claim 12, including the additional step of:

extending the surface area covered by the laser energy by splitting a single laser beam into multiple, substantially parallel, laser beams with a beam splitter;

where a large total surface area of scalp can be irradiated by a single laser beam.

* * * * *

VERSEO.COM
7271 PARAMOUNT BLVD
PICO RIVERA, CA 90660

**SHIP TO:**

JONATHAN  HALPERIN
PHONE: (561) 495-0738
6237 SAN MICHEL WAY

**DELRAY BEACH  FL  33484-6957**

**Package ID**
990151- I/1
3360798

**FEDEX EXPRESS**

| SOLD TO : | Jonathan  Halperin | INVOICE | 006701 | CC |
|---|---|---|---|---|
| | 6237 San Michel Way | INVOICE DATE | 07/01/2005 | VWEB |
| | Delray Beach, FL  33484-6957 | ORDER DATE | 06/30/2005 | |
| | | ORDER No. | 5167 | |

| Ordered | Shipped | Backord'd | ITEM # | DESCRIPTION | UNIT | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | LASER2 | Verseo Lasertron Hairbrush (4-Payments) | 299.85 | 299.85 |
| 1 | 1 | 0 | LASERTRON | Verseo Lasertron Hairbrush | | |

---

**Thank you for your order!**
For Customer Service please call (800) 683-3361
Monday - Friday 7am - 3:30pm PST



| SUBTOTAL | 299.85 |
|---|---|
| TAX | 0.00 |
| S & H | 10.00 |
| TOTAL | 309.85 |
| BALANCE | 299.85 |

**Thank you for your order!**

Jonathan  Halperin
6237 San Michel Way
Delray Beach, FL  33484-6957

RMA# _____

For other great products please visit www.verseo.com

Verseo.com
7271 Paramount Blvd
Pico Rivera, CA 90660

**EXHIBIT**
**B**

**Return Label**

Reference Number :      003360798

# LASERTRON™

## HAIR REJUVENATION SYSTEM

The Lasertron™ Hair Rejuvenation System (HRS) is designed to reduce hair loss and stimulate hair growth. The product has been developed in co operation with Dr Mark Chandler in the USA who is recognised as one of the leading researchers on the subject of hair loss.

The product is both revolutionary and contemporary in that it combines four forms of treatment that have been researched to achieve good results, into one device which can be easily and safely used by both men and women in the home.

• Low Level Laser Light
• Galvanic (direct current)
• Phazyme Cleanser - Pre treatment Solution
• Treatment Solution

The Lasertron™ HRS has worldwide patents pending and is undergoing clinical trials in the University of Utah, USA. Results will be available late 2005.

USA Distributor:
**Atlantic Horizon International Inc.**
New York, NY USA
www.verseo.com

European Distributor:
**Elysée Cosmetics Ltd**
Enfield, Middlesex EN3 7XF, England
www.elysee.co.uk

Model No. 1607

# LASERTRON™
## HAIR REJUVENATION SYSTEM

Lasertron™ HRS with both
laser light and galvanic
mode functions at the
same time

## How the Lasertron™ HRS works

**Low Level Laser Light**

- Microprocessor generates DC5 volts wit'i constant current 40 Ma through the laser diode which transmits laser lights via fibre optics
- Fibre optics are enclosed in plastic tube, which are situated between brush prongs to ensure laser light is as close as possible to the scalp.
- Treatment time is 15 minutes. Bleep's sound automatically every 5 minutes of treatment.
- Moving red LED display shows laser i r q' ic in operation.
- "c mode stays on to allow brush st c i es through hair. Automatically shuts .f nut in contact with the scalp after 5 seconds.

**Effects of Laser Light**

- Laser light works at the cellular level i creasing microcirculation of tissue and reduces inflammation.
- Increases cellular energy
- Increases tensile strength of hairs
- Reduces hair loss.
- Increases hair count.

**Galvanic (Direct Current)**

- Microprocessor generates DC23 Volts ith constant current 0 1Ma current. This current operates in unique wave forms.
- Current flows through conductive nyi ic bristles on brush when these touch the scalp. This current flows through the body and the circuit is cor 'leted by the brush handle which is metallised silver and conductive
- Current automatically changes polari'y from positive to negative and vice versa
- Treatment time is 15 minutes, bleeps ound automatically every 5 minutes of treatment.
- Moving green LED display shows galv nic (direct) current in operation
- ʼ anic mode stays on to allow bru s strokes through hair
- natically shuts off if nut in conta t with scalp after 5 seconds.

**Effects of Galvanic Current**

- Inhibits DHT (dihydrotestosterone) w i r is a major cause of hair loss. DHT binds to the hair follicle receptors disrupting the normal hair growth cyole and causes inflammation. The end result is an intact hair follicle which is miniaturised and unable to row another hair.
- Current stimulates cells at the hair f lcle level this causes hair follicle to generate new hairs.
- Current acts as an anti-inflammatory d increases blood circulation. this has the effect of stabilising the hair follicle and reducing hair loss as well s stimulating new growth

**Enzyme Cleanser -** Pre-treatment that is massaged into scalp.

- Contains mixture of live yeast and a cteria that produce enzymes to clear organic oils and debris from the scalp.
- Helps the hair follicle to penetrate ef ctively
- Cleanser penetrates the hair follicle i nclogging the pores to provide a barrier-free path for new hair growth.

## Treatment Solution

- Applied after cleanser and before galvanic/laser treatment.
- Contains active ingredient Liposteroidic Extract of Serenoa Repens which is a natural occurring product.
- This ingredient effectively blocks the action of testosterone on the follicle in two ways

  a) Blocks the conversion of testosterone to DHT by blocking the action of 5 Alpi a reductase. Excess DHT is the primary cause of 90% of hair loss problems

  b) This ingredient also blocks the binding of DHT to the hair follicle cells minimising the effects of DHT in causing both hair loss and stabilising hair growth

- The galvanic (direct current) from the brush drives the treatment solution onto the hair follicle through a process known as transdermal iontophoresis This ensures deep penetration of the active ingredient into the root of the hair follicle to ensure effective hair growth stimulation

## How to use the Lasertron™ HRS

- Remove battery compartment lid by sliding towards rear of brush handle and insert 2 AA batteries provided
- It is best to use the product in front of a mirror
- Spray Plazyme Cleanser on to area to be treated and massage into scalp
- After 3 – 4 minutes apply treatment solution onto same area and massage into scalp
- Choose mode to suit your preference-

  **Mode 1 - Galvanic Current (green LED)**

  **Mode 2 - Low Level Laser Light (red LED)**

  **Mode 3 - Combined Laser Light & Galvanic Current (green & RED LED)**

- **Step 1 -** Press silver contact button on the top side of the brush handle once to select Mode 1, twice to select Mode 2 or three times to select Mode 3. If you press silver contact button a fourth time, the unit will turn off i i s i

- **Step 2 -** After selecting preferred mode, 3 bleeps will sound `You r i` l `i r i i in i i` scalp within the 5 seconds, then the unit will switch off. You must then start cycle again.

- **Step 3 -** After contacting bristles with the scalp, 2 bleeps will confirm a good contact and treatment has started. Contact and treatment will then continue provided that there is no more than 5 seconds between brush strokes on your scalp, i e the brush is removed from contact with the scalp between strokes. If you remove brush from scalp for more than 5 seconds between brush strokes, then unit will shut down and sound 3 bleeps You must then begin cycle again

Treatment time: 5 to 15 minutes treatment per day is recommended for first four weeks. Thereafter 3 to 4 maintenance treatments per week

**Treatment Tips:**

- You need only light pressure to maintain good contact between the conducted rubber bristles and the scalp
- Brush strokes should be slow and deliberate for best results. Remember you are applying treatment and not just brushing your hair!
- Using the Lasertron HRS is a comfortable and enhancing scalp massage experience. Using the galvanic mode, you may experience a slight tingling sensation which is not uncomfortable. This is quite normal.
- For best results use everyday for the first month, and then maintain regular use at least three times per week.
- Minimum treatment time per day should be 5 minutes and maximum treatment time per day should be 15 minutes. 3 bleeps will sound after every 5 minutes treatment
- If you have trouble making good contact between bristles and scalp, re-apply treatment solution massaging thoroughly into scalp.

**CONTENTS:**
**1 x Lasertron® Hair Rejuvenation System Brush, 2 x AA Batteries,**
**1 x 125ml (4 fl.oz) Plazyme Cleanser, 1 x 125ml (4 fl.oz) Pre-treatment Solution.**



**Upscale Personal Care Products**

BEAUTY | HAIR CARE | HAIR REMOVAL | WELLNESS | OTHER

🔍Search  🛒Shopping Cart

HOME
BEAUTY
▸ HAIR CARE
HAIR REMOVAL
WELLNESS
OTHER

# Hair Care




**Hair Rejuvination System**

**ADD TO CART**

**30 Day in Home Trial - Only $9.95**

**Usually ships in 2-3 business days.**

Questions & Answers | In the News | User Testimonials

## HairLoss? Thinning Hair?
### Take Charge with this Laser Brush!



Men and women across the country have experienced the benefits of the Lasertron brush. It's a technological breakthrough designed to satisfy your desire for thicker, fuller, and healthier looking hair. This technology is so cutting edge that the Lasertron Brush is currently undergoing clinical testing at a United States Medical Institution, and has worldwide patents pending.

### Here's how the easy three step process works:

1. Gently massage the pre-treatment cleanser into your scalp.
2. Apply the Treatment Solution which inhibits DHT, a major cause of hair loss.
3. Brush your hair with the Lasertronic Brush for 15 minutes, three times a week, to stimulate cells and increase energy production.

Four types of treatments have been used in the past to address problems of hair loss. These treatments include Low Level Laser Light, Galvanic Treatment, Live Enzyme Cleanser, and DHT Inhibitors. Perhaps you've heard about some of these solutions, and how time consuming and expensive they can be. But now, we've combined all of these treatment solutions into one, with an easy to use brush for men and women.

**Affordably Priced. Fast Results.**
We've been able to keep the cost remarkably affordable. Most long-term hair treatments can cost thousands of dollars. Lasertron can give you the results you desire, for just a fraction of the cost. And you don't need to wait for several months or even years to get "long term" results. With Lasertron, most will experience visible results within 12-16 weeks.

**Enjoy Thicker Looking Hair.**
Hair Loss happens to almost all of us, at some point in time. We don't need to hide under a baseball hat, nor do we need to walk around feeling embarrassed or ashamed. After using Lasertron, your hair should appear thicker, fuller, and healthier. You'll feel in control of your hair again. And, you'll look great!



**EXHIBIT C**

We're so confident you'll experience positive results with this laser hair brush that we want you to try it for free for 30 days. Pay just $9    to cover the cost of shipping and handling. If you're not completely delig.    within 30 days, just send it back, and you'll be charged nothing further.

After 30 days, if you choose to keep the Lasertron, we will conveniently charge your credit card a single payment of $299.85. You'll still have the option to return the Lasertron within 1 year for a full refund (less shipping & handling).

Similar brushes have sold for over $600. This is your chance to try the Lasertron for 30 days, for only the cost of shipping.

Customer Service  |  Privacy Policy  |  Wholesale  |  About Us  |  Contact Us  |  Product Registration  |  Product Manuals

© Copyright 2004, Verseo.com. All Rights Reserved.



**LASERTRON**
Hair Rejuvenation System
*Thicker, Fuller, Healthier Looking Hair!*
30 DAY FREE TRIAL

Questions & Answers | In the News | User Testimonials | HOME

## Hair Loss?  Thinning Hair?
## Take Control with this Laser Brush!

Men and women across the country have experienced the benefits of the Lasertron brush. It's a technological breakthrough designed to satisfy your desire for thicker, fuller, and healthier looking hair. This technology is so cutting edge that the Lasertron Brush is currently undergoing clinical testing at a United States Medical Institution, and has worldwide patents pending.



Four types of treatments have been used in the past to address problems of hair loss. These treatments include Low Level Laser Light, Galvanic Treatment, Live Enzyme Cleanser, and DHT (Dihydrotestosterone) Inhibitors. Perhaps you've heard about some of these solutions, and how time consuming and expensive they can be. But now, we've combined all of these treatment solutions into one, with an easy to use brush for men and women.

**Affordably Priced. Fast Results.**
We've been able to keep the cost remarkably affordable. Most long-term hair treatments can cost thousands of dollars. Lasertron can give you the results you desire, for just $299.85. And you don't need to wait for several months or even years to get "long term" results. With Lasertron, most will experience visible results within 12-16 weeks. Of course, if for any reason the Lasertron Brush doesn't meet your expectations, you may send it back for a full refund (less s+h).

**Enjoy Thicker Looking Hair.**
Hair Loss happens to almost all of us, at some point in time. We don't need to hide under a baseball hat, nor do we need to walk around feeling embarrassed or ashamed. After using Lasertron, your hair should appear thicker, fuller, and healthier. You'll feel in control of your hair again. And, you'll look great!

**Here's how the easy three-step process works:**

1.  Gently massage the pre-treatment cleanser into your scalp.
2.  Apply the Treatment Solution which inhibits DHT, a major cause of hair loss.
3.  Brush your hair with the Lasertron Brush for 15 minutes, three times a week, to stimulate cells and increase energy production.

### FREE TRIAL

#### Just Pay Shipping

We're so confident you'll experience positive results with this laser hair brush that we want you to try it free for 30 days. Pay just $9.95 to cover the cost of shipping and handling. If you're not completely satisfied within 30 days, just send it back, and you'll be charged nothing further.

After 30 days, if you choose to keep the Lasertron, we will conveniently charge your credit card a single payment of $299.85. You'll still have the option to return the Lasertron within a full year for a complete refund, less shipping & handling.

#### Compare at $695.00

**CLICK HERE**
To Start Your Free Trial

Privacy Policy , Contact Us

© Lasertron.Org. All Rights Reserved.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

## 05-80740

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Lexington LaserComb I.P.A.G and
Lexington International, LLC

**DEFENDANTS**

CIV-MIDDLEBROOKS

Atlantic Horizon International, Inc.,
Verseo, Inc., Robert R. Ferreira

MAGISTRATE JUDGE

Alicia Ferreira

Putnam JOHNSON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Buckingham, Doolittle & Burroughs, LLP
2500 N. Military Trl, #480, Boca Raton
FL 33431  Ph: 561-241-0414

ATTORNEYS (IF KNOWN)

9:05CV 80740DMM/LRJ

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   **PALM BEACH**,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ A OR B |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Patent infringement of hair growth apparatus, 35 USC §271, §§281-285
Lanham Act.

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) (See Instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE  8/11/05

SIGNATURE OF ATTORNEY OF RECORD   Robert E. Pershes

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

535006