FILED by ___ EG ___ D.C.
ELECTRONIC

Nov 30 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 05-80740-CIV-MIDDLEBROOKS/JOHNSON

LEXINGTON LASERCOMB I.P.A.G., a )
Switzerland company, and LEXINGTON )
INTERNATIONAL, L.L.C. )
)
        Plaintiffs, )
)
v. )
)
ATLANTIC HORIZON )
INTERNATIONAL, INC., a New York )
Corporation, VERSEO, INC., a New York )
Corporation, ROBERT R. FERREIRA, )
individually, and ALICIA FERREIRA, )
individually, )
)
        Defendants. )
_____ )
ATLANTIC HORIZON INTERNATIONAL, )
INC., and VERSEO, INC., )
)
        Counterclaimants, )
)
v. )
)
LEXINGTON LASERCOMB I.P.A.G. and )
LEXINGTON INTERNATIONAL, LLC. )
)
        Counterclaim-Defendants. )
_____ )

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED by and between undersigned counsel that the law firm of Akerman Senterfitt, Esperante Building, 222 Lakeview Avenue, Suite 400, West Palm Beach, Florida 33401-6147, be substituted as counsel of record for Plaintiffs and Counterclaim Defendants, Lexington LaserComb, I.P.A.G. and Lexington International, LLC, and that the law firm of Buckingham, Doolittle & Burroughs, LLP withdraw from its representation. All further pleadings and correspondence to Plaintiffs and Counterclaim Defendants, Lexington LaserComb,

27/cj

I.P.A.G. and Lexington International, LLC, should be mailed to Akerman Senterfitt, Esperante Building, 222 Lakeview Avenue, Suite 400, West Palm Beach, Florida 33401-6147.

| AKERMAN SENTERFITT | BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP |
|---|---|
| *signature* | *signature* |
| Gregory A. Nelson | Robert E. Pershes, rpershes@bdblaw.com |
| 222 Lakeview Avenue, Suite 400 | Florida Bar No. 301906 |
| West Palm Beach, FL 33401-6147 | 5355 Town Center Road, Suite 900 |
| Telephone: (561) 653-5000 | Boca Raton, FL 33486-1069 |
| Facsimile: (561) 659-6313 | Telephone: (561) 241-0414 |
| gregory.nelson@akerman.com | Facsimile: (561) 241-9766 |

## CONSENT OF CLIENTS TO SUBSTITUTION OF COUNSEL

The undersigned, Plaintiffs and Counterclaim Defendants, Lexington LaserComb, I.P.A.G. and Lexington International, LLC, herein, hereby consent to the substitution of the firm of Akerman Senterfitt as counsel for Plaintiffs in the place and stead of Buckingham, Doolittle & Burroughs LLP.

Lexington LaserComb, I.P.A.G.

*signature*

David Michaels, President

Lexington International, LLC

*signature*

David Michaels, President

CIVIL ACTION NO. 05-80740-CIV-MIDDLEBROOKS/JOHNSON
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ☐ Facsimile, ☒ U.S. Mail, ☐ Hand Delivery this 30th day of November, 2005, to the following:

Ari J. Glazer, Esq. (aglazer@MMSSLaw.com)
MOSKOWITZ, MANDELL, SALIM
SIMOWITZ, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, Florida 33334
Telephone: (954) 491-2000
Facsimile: (954) 491-2051

Jonathan K. Cooperman, Esq. (Pro Hac Vice) (jcooperman@kelleydrye.com)
Paul Garrity, Esq. (Pro Hac Vice) (pgarrity@kelleydrye.com)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendants

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

By: _____
Robert E. Perahea, Esq.
Fla. Bar No. 301906
rpershes@bdblaw.com
5355 Town Center Road, Suite 900
Boca Raton, FL 33486-1069
Tel. (561) 241-0414
Fax: (561) 241-9766
Attorneys for Plaintiffs