UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80740-CIV-MIDDLEBROOKS/JOHNSON

LEXINGTON LASERCOMB, I.P.A.G, and
LEXINGTON INTERNATIONAL, L.L.C.,

    Plaintiffs/Counter-claim Defendants,

vs.

ATLANTIC HORIZON INTERNATIONAL,
INC., VERSEO, INC., ROBERT R. FERREIRA,
and ALICIA FERREIRA,

    Defendants/Counterclaimants    /

FILED by _____ D.C.

MAR 10 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Parties Joint Stipulation for Dismissal informing the Court that they have settled the instant action as to both all claims and counterclaims. The Court commends the Parties for their amicable resolution of this matter Accordingly, it is

ORDERED and ADJUDGED that the Stipulation for Dismissal be AFFIRMED. This case is DISMISSED. The Clerk of Court shall CLOSE this CASE and DENY all PENDING MOTIONS as MOOT.[1]

DONE AND ORDERED at Chambers in West Palm Beach Florida, this 9 day of March, 2006.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Docket Entries 22, 24, 26 & 35.

All Counsel: